IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Brandon Scott Brown | * | CASE NO.: 10-00275 |
| | * | |
| Debtor. | * | |

## ORDER

This matter came before the Court on the Debtor's objection to claim number three (3) filed by HSBC Bank Nevada. Notice of opportunity to object and for hearing was given and no party filed a response. The court concludes that the objection to claim number three (3) should be sustained.

Therefore, it is ordered that the objection to claim number three (3) filed by HSBC Bank Nevada is sustained and the claim shall be allowed as unsecured to the extent not already paid by the Chapter 13 Trustee.

Dated:   September 20, 2010

*William S. Shulman*
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE